RECORDING REQUESTED BY:
Countrywide Home Loans Servicing LP
Attn Home Retention Division: SV-HRD S-L
4500 Amon Carter Blvd.
Fort Worth, TX 76155


EXHIBIT D

Loan #: ███████

------------------------------------------------FOR INTERNAL USE ONLY------------------------------------------------

## LOAN MODIFICATION AGREEMENT
### (Fixed Interest Rate)

This Loan Modification Agreement ("Agreement"), made this 19th day of February 2009, between DOREEN L WILSON, and Countrywide Home Loans Servicing LP (Lender), amends and supplements (1) the Mortgage, Deed of Trust, or Deed to Secure Debt (the Security Instrument), dated the 22nd day of December 2006 and in the amount of $110,000.00 and (2) the Note bearing the same date as, and secured by, the Security Instrument, which covers the real and personal property described in the Security Instrument and defined therein as in the 'Property', located at 4 TRAFTON STREET, CARNISH, ME  4020.

SAME AS IN SAID SECURITY INSTRUMENT

In consideration of the mutual promises and agreements exchanged, the parties hereto agree as follows (notwithstanding anything to the contrary contained in the Note or Security Instrument):

1. As of the 1st day of April 2009, the amount payable under the Note or Security Instrument (the "Unpaid Principal Balance") is U.S. $113,306.34 consisting of the amount(s) loaned to the Borrower by the Lender which may include, are not limited to, any past due principal payments, interest, fees and/or costs capitalized to date.

2. The Borrower promises to pay the Unpaid Principal Balance, plus interest, to the order of the Lender   Interest will be charged on the Unpaid Principal Balance at the yearly rate of (See Attached Addendum) from the 1st day of March 2009. The Borrower promises to make monthly payments of principal and interest of U.S. (See Attached Addendum) beginning on the 1st day of April 2009, and continuing thereafter on the same day of each succeeding month until principal and interest are paid in full. If on the 1st day of January 2037 (the "Maturity Date"), the Borrower still owes amounts under the Note and Security Instrument, as amended by this Agreement, the Borrower will pay these amounts in full on the Maturity Date.

3. The Borrower will make such payments at 4500 Amon Carter Blvd., Fort Worth, TX 76155 or at such other place as the Lender may require.

4. Nothing in this agreement shall be understood or construed to be a satisfaction or release in whole or in part of the Note and Security Instrument. Except as otherwise specifically provided in this Agreement, the Note and Security Instrument will remain unchanged, and the Borrower and Lender will be bound by, and comply with, all terms and provisions thereof, as amended by this Agreement.

5. In consideration of this Modification, Borrower agrees that if any document related to the Security Instrument, Note and/or Modification is lost, misplaced, misstated, inaccurately reflects the true and correct terms and conditions of the loan as modified, or is otherwise missing, Borrower(s) will comply with Lender's request to execute, acknowledge, initial and deliver to Lender any documentation Lender deems necessary. If the original promissory note is replaced the Lender hereby indemnifies the Borrower(s) against any loss associated with a demand on the original note. All documents Lender requests of Borrower(s) shall be referred to as Documents. Borrower agrees to deliver the Documents within ten (10) days after receipt by Borrower(s) of a written request for such replacement.

As evidenced by their signatures below, the Borrower and the Lender agree to the foregoing

_/s/ Doreen L Wilson_____     _2-12-11_____
DOREEN L WILSON                                                                  Dated

STATE OF _____
COUNTY OF _____
On _____ Before _____
Notary Public, personally appeared _____
personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signatures (s) on the Instrument the person(s), or entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.  _____
                                                               Signature

**NOTARY NOT REQUIRED**

**********************************************************************************************************

Countrywide Home Loans Servicing LP

By: _____                                    Dated: _____

_____

STATE OF _____

COUNTY OF _____

On _____ Before _____

Notary Public, personally appeared _____

personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signatures (s) on the instrument the person(s), or entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

_____

Signature

Date: February 19, 2009
RE: CHLP Loan #
Mortgagor: ~~~~~~~~ WILSON
Property Address: 4 TRAFTON STREET
CARNISH, ME 4020

Please Return to:
Attn Home Retention Division: SV-HRD S-L
4500 Amon Carter Blvd.
Fort Worth, TX 76155

## STEP RATE LOAN MODIFICATION ADDENDUM
## TO LOAN MODIFICATION AGREEMENT

The Step Rate Loan Modification Agreement Addendum (the "Addendum") is made this 19th day of February 2009, and is incorporated into and shall be deemed a part of that certain Loan Modification Agreement of even date herewith (the "Agreement") between DOREEN L WILSON, and Countrywide Home Loans Servicing LP ("Lender"), which agreement amends and supplements that certain Mortgage, Deed of Trust or Deed to Secure Debt (the "Security Instrument").

### THIS ADDENDUM CONTAINS PROVISIONS PROVIDING FOR SCHEDULED INCREASES IN THE INTEREST RATE AND MONTHLY PAYMENT

In consideration of the mutual promises and agreements exchanged and for good and valuable consideration, the sufficiency of which is hereby acknowledged, the parties hereto agree as follows (notwithstanding anything to the contrary contained in the Agreement, Security Instrument or the promissory note (the "Note"), except as specifically provided for herein):

### 1. Interest Rate and Monthly Payment Increases.

Notwithstanding anything to the contrary contained in the Note or referenced in the Agreement, the monthly principal and interest payment shall be calculated as follows:

The interest rate used to determine the monthly principal and interest payment shall change on the 1st day of March 2009 and on that day of every twelfth month thereafter (each such date, a "Change Date"), with the last such change date occurring on the 1st day of March 2012.

a) The First Change Date shall occur on the 1st day of March 2009 at which time the interest rate shall be 6.000%. The monthly principal and interest payment shall be $698.59 and shall be due and payable on 1st day of April 2009 and continuing thereafter on the same day of each succeeding month until 1st day of March 2010.

b) The Second Change Date shall occur on the 1st day of March 2010 at which time the interest rate shall be 7.000%. The monthly principal and interest payment shall be $769.75 and shall be due and payable on 1st day of April 2010 and continuing thereafter on the same day of each succeeding month until 1st day of March 2011.

c) The Third Change Date shall occur on the 1st day of March 2011 at which time the interest rate shall be 8.000%. The monthly principal and interest payment shall be $842.09 and shall be due and payable on 1st day of April 2011 and continuing thereafter on the same day of each succeeding month until 1st day of March 2012.

Thereafter, monthly principal and interest payment shall remain the same until such time as the principal and interest due under the Note are paid in full. If on 1st day of January 2037 (the "Maturity Date"), the Borrower still owes amounts under the Note and Security Instrument, as amended by the Agreement and this Addendum, the Borrower shall pay these amounts in full on the Maturity Date.

LENDER:
Countrywide Home Loans Servicing LP

By _____

Date _____

Date _____

BORROWER:

_[signature]_
DOREEN L WILSON
2/29/[?]