UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| FEDERAL NATIONAL MORTGAGE ASSOCIATION | ) ) ) | |
| Plaintiff | ) ) | |
| v. | ) ) | 2:18-cv-00366-JAW |
| DOREEN L. WILSON a/k/a DOREEN WILSON, | ) ) ) ) | |
| Defendant. | ) | |

**ORDER**

The Court received and reviewed Federal National Mortgage Association's Response to Status Order (ECF No. 24) and is unconvinced. The Court directs Federal National Mortgage Association to serve Doreen Wilson with the amended complaint. The provision of Federal Rule of Civil Procedure 15(a)(3) will apply to Ms. Wilson's response time, meaning that she will have fourteen days to respond to the amended complaint.

If Ms. Wilson does not respond to the amended complaint, she will be subject to the entry of default on the amended complaint and a hearing on the default. In accordance with its practice in every other default case, the Court will require Federal National Mortgage Association to give notice to Ms. Wilson of the place, date and time of the default hearing.

SO ORDERED.

        /s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
UNITED STATES DISTRICT JUDGE

Dated this 24th day of June, 2019